PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL, AIR, RAIL, AND TRANSPORTATION ASSOCIATION, LOCAL UNION NO.33 YOUNGSTOWN DISTRICT PENSION FUND, | ) ) ) ) ) ) | CASE NO. 4:25-CV-2744 |
| Plaintiffs, | ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| THE HEIM SHEET METAL, INC., | ) ) | **MEMORANDUM OF OPINION AND OPINION** |
| Defendant. | ) ) | [Resolving ECF No. 9] |

Plaintiffs Trustees of the Sheet Metal, Air, Rail and Transportation Association, Local Union No. 33 Youngstown District Pension Fund brings this action against Defendant The Heim Sheet Metal, Inc. seeking to collect delinquent withdrawal liability, plus accrued interest, under 29 U.S.C. § 1451, 29 U.S.C. § 1145, and 29 U.S.C. § 1132(g)(2) in relation to the Sheet Metal, Air, Rail and Transportation Association Local Union No. 33 Youngstown District Pension Fund (the "Fund"). Plaintiffs allege that Defendant completely withdrew from the Fund in 2012, as set forth in 29 U.S.C. § 1381. As a result of its withdrawal, Defendant incurred withdrawal liability in the amount of $407,793, plus statutory interest. Plaintiffs submitted a demand letter on March 6, 2015 for the payment of the withdrawal liability, pursuant to 29 U.S.C. § 1399. Defendant failed to make its February 1, 2022 installment payment, and has failed to make any subsequent payments. ECF No. 1.

(4:25CV2744)

Plaintiffs seek to collect $330,677.47 from Defendant, calculated as follows: (A) withdrawal liability in the amount of $237,854.95; (B) accrued interest from February 1, 2022, the first missed installment payment, in the amount of $49,871.18; (C) interest on the unpaid withdrawal liability, pursuant to § 1132(g)(2)(B), in the amount of $18,533.17; (D) interest on the unpaid withdrawal liability, pursuant to § 1132(g)(2)(C)(i), in the amount of $18,533.17; and (E) reasonable attorneys' fees, audit fees, and costs, pursuant to § 1132(g)(2)(D), in the amount of $5,885.  ECF No. 9 at PageID ##: 30–31, ⁋ 10.

Pending before the Court is Plaintiff's Motion for Default Judgment (ECF No. 9), served and filed on March 9, 2026.  The Court has been advised, having read the file and reviewed the applicable law.

Defendant was duly served with summons and the Complaint (ECF No. 1) *via* Registered Agents, Inc., which is designated by law to accept service of process on Heim's behalf, at 6545 Market Ave. N. Ste. 100, Canton, Ohio 44721, on December 29, 2025.  ECF No. 4.  Defendant has failed to plead or otherwise defend.  On January 30, 2026, the Clerk entered a default of Heim pursuant to Fed. R. Civ. P. 55(a).  ECF No. 8.  For good cause shown, Plaintiffs' Motion for Default Judgment (ECF No. 9) is granted without opposition.

In addition, because this action was brought pursuant to 29 U.S.C. § 1145, Plaintiffs are entitled to reasonable attorneys' fees and costs of the action to be paid by Defendant under § 1132(g)(2)(D).  *Bldg. Serv. Loc. 47 Cleaning Contractors Pension Plan v. Grandview Raceway,* 46 F.3d 1392, 1400 (6th Cir. 1995); *cf. Sofco Erectors, Inc. v. Trus. Of Ohio Operating Eng'r. Pension Fund,* 15 F.4th 407, 433–34 (6th Cir. 2021) (holding that plaintiff was not entitled to attorneys' fees under § 1132(g)(2)(D) because it had not demonstrated the defendant failed to

2

(4:25CV2744)

contribute to the pension fund in violation of § 1145.).  The Court finds that the requested

attorneys' fees in the amount of $5,885 are reasonable.

Final judgment shall be entered in favor of Plaintiffs against Defendant Heim in the

amount of $330,677.47.  Plaintiffs shall forthwith serve Defendant with a copy of this Order *via*

Registered Agents, Inc., at 6545 Market Ave. N. Ste. 100, Canton, Ohio 44721.


IT IS SO ORDERED.


May 15, 2026                                                    */s/ Benita Y. Pearson*
Date                                                              Benita Y. Pearson
                                                                 United States District Judge

3